# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICHAEL T. WILLIAMSON,  :

    Plaintiff,  :

        Case No. 3:13cv00134

vs.  :

        District Judge Thomas M. Rose

CAROLYN W. COLVIN,  :   Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration,  :

    Defendant.  :

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #9), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.     The Report and Recommendations filed on October 29, 2013 (Doc. #9) is ADOPTED in full;

2.     Plaintiff Michael T. Williamson's Motion to Dismiss (Doc. #8) is GRANTED;

3.     Plaintiff's Complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2); and,

4.	The case is terminated on the docket of this Court.

November 19, 2013	*s/Thomas M. Rose

_____
Thomas M. Rose
United States District Judge